AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

FILED September 28, 2017
(Date)
NORTHERN DISTRICT FLORIDA
US MAGISTRATE JUDGE (Initials) AMK

for the
Northern District of Florida

United States of America
v.

JASON POTTER

*Defendant(s)*

Case No. 3:17mj209-CJK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 28, 2017 in the county of Escambia in the Northern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, U.S.C. Section 922(g)(1) | Felon in Possession of Firearm |

This criminal complaint is based on these facts:
See attached affidavit of ATF SA Allen Davis.

☐ Continued on the attached sheet.

*Complainant's signature*

Allen Davis, Special Agent/ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 28, 2017

*Judge's signature*

City and state: Pensacola, Florida

CHARLES J. KAHN, JR., U.S. MAGISTRATE JUDGE
*Printed name and title*

Print Form