AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

FILED September 28 2017
(Date)
NORTHERN DISTRICT FLORIDA
US MAGISTRATE JUDGE (Initials) CJK

United States of America
v.
JASON POTTER
Defendant

Case No. 3:17mj209-CJK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Jason Potter,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Violation of Title 18, USC 922(g)(1), Felon in Possession of Firearm

Date: 09/28/2017

*Issuing officer's signature*

City and state: Pensacola, Florida

CHARLES J. KAHN, JR., U.S. MAGISTRATE JUDGE
*Printed name and title*

**Return**

This warrant was received on *(date)* 9/28/17, and the person was arrested on *(date)* 9/28/17
at *(city and state)* Pensacola, FL.

Date: 9/28/17

*Arresting officer's signature*

Allen Davis - ATF Special Agent
*Printed name and title*

Filed1016'17UsDcFlnPN1126